# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. DIBS,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN TOVAR, et al.,<br><br>             Defendants. | Case No. CV 10-4858-DSF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that: (1) Plaintiff's Motion for Sanctions be DENIED; (2) Defendants' Motion for Summary Judgment be GRANTED in favor of the individual defendants on Plaintiff's First Amendment claim brought against them in their personal capacities; and (3) Judgment be entered in favor of all defendants dismissing this action with prejudice.

DATED: 2/4/13

                                                          DALE S. FISCHER
                                                    UNITED STATES DISTRICT JUDGE