# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS E. DIBS,<br><br>             Plaintiff,<br><br>   v.<br><br>JOHN TOVAR, et al.,<br><br>             Defendants. | Case No. CV 10-4858-DSF (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice against all defendants.

DATED: 2/4/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE